

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

John Simon Armendarez,                    * From the 35th District Court
                                            of Brown County,
                                            Trial Court No. CR23166.

Vs. No. 11-24-00115-CR                     * July 25, 2024

The State of Texas,                        * Memorandum Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.